IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
AUG 1 6 2022
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 3:22-CR- 121 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(5) |
| | ) | Possession of a Firearm by one Illegally |
| | ) | and Unlawfully in the United States |
| JULIO CESAR ALVARADO DUBON, | ) | (Count One) |
| | ) | |
| Defendant. | ) | Forfeiture Notice |
| | ) | |

## INDICTMENT

### AUGUST 2022 TERM - At Richmond, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of Firearm by one Illegally and Unlawfully in the United States)

On or about July 1, 2022, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, JULIO CESAR ALVARADO DUBON, knowing that he was illegally and unlawfully in the United States, did knowingly possess firearms and ammunition, to wit: a Radical Firearms, Model RFS 15 Rifle, serial number RFS04385, and a Glock 26 Gen 5, 9mm Luger, semiautomatic pistol, serial number ADNF440; that had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(5).)

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., defendant JULIO CESAR ALVARADO DUBON is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense or any violation of any other criminal law of the United States.

Property subject to forfeiture includes, but is not limited to:

a Radical Firearms, Model RFS 15 Rifle, serial number RFS04385;

a Glock 26 Gen 5, 9mm Luger, semiautomatic pistol, serial number ADNF440; and,

and any and all accompanying ammunition.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c).)

A TRUE BILL

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Stephen E. Anthony
Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office