### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:22-cr-121 |
| v. ) | |
| ) | |
| JULIO CESAR ALVARADO DUBON, ) | |
| ) | |
| *Defendant*. ) | |

### NOTICE OF APPEARANCE

COMES NOW, the United States of America, by and through its representatives, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Kashan K. Pathan, Assistant United States Attorney, and advises the Court that Kashan K. Pathan will serve as counsel for the United States in the above-captioned case.

                                                          Respectfully submitted,

                                                          JESSICA D. ABER
                                                          UNITED STATES ATTORNEY

By:    /s/ *Kashan K. Pathan*
            Kashan K. Pathan
            IL Bar No. 6327422
            Assistant United States Attorney
            United States Attorney's Office
            919 East Main Street, Suite 1900
            Richmond, Virginia 23219
            Phone: (804) 819-5400
            Fax: (804) 771-2316
            Email: kashan.pathan@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this day, **August 25, 2022**, I filed a true and correct copy of the foregoing Government Notice of Appearance via the Electronic Case File system, which will serve all counsel of record.

By:    /s/ *Kashan K. Pathan*
       Kashan K. Pathan
       IL Bar No. 6327422
       Assistant United States Attorney
       United States Attorney's Office
       919 East Main Street, Suite 1900
       Richmond, Virginia 23219
       Phone: (804) 819-5400
       Fax: (804) 771-2316
       Email: kashan.pathan@usdoj.gov