**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE:  M. HANNAH LAUCK  DOCKET NO.  3:22-CR-121
REPORTER:  DIANE DAFFRON, OCR  DATE:  OCTOBER 31, 2022

UNITED STATES OF AMERICA                                                  COUNSEL

v.

___JULIO CESAR ALVARADO DUBON___                    ___JOSE EUGENIO APONTE___ .

**APPEARANCES:**  GOVERNMENT ___STEPHEN ANTHONY & KASHAN PATHAN___ ( ✓ )
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER  PATRICIA MICHELSON-KING ( ✓ )

**BAIL STATUS OF DEFENDANT:**  ON BOND ( )   INCARCERATED ( ✓ )

**TYPE OF PROCEEDINGS:**  MOTIONS: ___MOTION TO SUPPRESS (ECF NO. 25)___ ( ✓ )
OTHER: _____ ( )

**PRELIMINARY PROCEEDINGS:**  WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER: _____ ( )

**BOND HEARING PROCEEDINGS:**  DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFENDANT REMANDED ( X )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

**OTHER PROCEEDINGS:**

GOVERNMENT'S ORAL MOTION TO EXCUSE WITNESS MANUEL PRADO GRANTED; EXHIBIT 8A ENTERED WITHOUT OBJECTION (WITNESS HAD INTERPRETED DOCUMENT); DEFENDANT'S ORAL MOTION TO EXCLUDE WITNESSES GRANTED; COURT ADDRESSED ORAL ARGUMENTS AND BRIEFING SCHEDULE WITH SPECIFIC INSTRUCTIONS OF WHAT IS TO BE FILED – AMENDED MOTION TO SUPPRESS. TRANSCRIPT REQUEST (TO BE FILED BY NOVEMBER 14, 2022). SCHEDULING TIMEFRAME GIVEN – ORDER TO ENTER. PARTIES WAIVE ORAL ARGUMENT AS TO THE AMENDED MOTION TO SUPPRESS. DEFT. REMANDED TO CUSTODY.

**CASE CONTINUED TO:**  _____ at _____ for _____

CASE SET: **1:00 P.M.**   BEGAN: **1:08 P.M.**   ENDED: **4:05 P.M.**   TIME IN COURT: **2 HRS. 18 MINS.**

RECESS: **2:51 P.M.** – 3:20 P.M.; 3:40 P.M. – 3:57 P.M.                              CJA TIME: **3:05**

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __VIRGINIA__
RICHMOND DIVISION

UNITED STATES OF AMERICA

V.

JULIO CESAR ALVARADO DUBON

## EXHIBIT AND WITNESS LIST

Case Number: 3:22-CR-00121-MHL

| PRESIDING JUDGE | | | ASSISTANT UNITED STATES ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| M. HANNAH LAUCK | | | STEPHEN ANTHONY & KASHAN PATHAN | | JOSE APONTE | |
| COURTROOM NUMBER | | | COURT REPORTER | | COURTROOM DEPUTY | |
| 6100 | | | DIANE DAFFRON | | NIKKI BROWN | |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 8A | | 10/31/22 | ✓ | ✓ | Document: Translation of Transcript of Police Cam Footage |
| ■ | | 10/31/22 | | | Direct Examination – Brian Rogers (Richmond Police Department, Sergeant) |
| 11 | | 10/31/22 | ✓ | ✓ | Document: Email Chain Between Officers |
| 10 | | 10/31/22 | ✓ | ✓ | Document: List of Calls for Service |
| 10A | | 10/31/22 | ✓ | ✓ | Document: Call for Service Received by Communications Department (June 9, 2022) |
| 10B | | 10/31/22 | ✓ | ✓ | Document: Call for Service Received by Communications Department (June 20, 2022) |
| 1 | | 10/31/22 | ✓ | ✓ | Photo: Living Room Area |
| 2 | | 10/31/22 | ✓ | ✓ | Photo: Officer Gesturing Towards Areas in Home |
| 3 | | 10/31/22 | ✓ | --- | *** did not use *** |
| 4 | | 10/31/22 | ✓ | ✓ | Photo: Rifle |
| 5A | | 10/31/22 | ✓ | ✓ | Photo: Firearms in Bedroom from Left Hand Side |
| 5B | | 10/31/22 | ✓ | --- | *** did not use *** |
| 6 | | 10/31/22 | ✓ | --- | *** did not use *** |
| | ■ | 10/31/22 | | | Cross Examination – Brian Rogers (Richmond Police Department, Sergeant) |
| | | 10/31/22 | | | → Referenced Government's Exhibit 10B |
| ■ | | 10/31/22 | | | Redirect Examination – Brian Rogers (Richmond Police Department, Sergeant) |
| ■ | | 10/31/22 | | | Direct Examination – Bryan Ferreiras (Richmond Police Department, Patrol Officer) |
| 8 | | 10/31/22 | ✓ | ✓ | CD – Bodycam Footage |
| | | 10/31/22 | | | → Referenced Government's Exhibit 8A |
| | | 10/31/22 | | | → Referenced Government's Exhibit 8 (footage played) |
| | | 10/31/22 | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

₯AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA (Richmond Division)

UNITED STATES OF AMERICA
V.
JULIO CESAR ALVARADO DUBON

**EXHIBIT AND WITNESS LIST**

Case Number: 3:22CR121 (MHL)

| PRESIDING JUDGE - M. Hannah Lauck | PLAINTIFF'S ATTORNEY<br>Stephen Anthony & Kashan Pathan<br>COURT REPORTER – Diane Daffron, OCR | DEFENDANT'S ATTORNEY<br>Jose Aponte<br>COURTROOM DEPUTY C.N. Garner |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 10/31/22 |  |  | Cross-Examination – Bryan Ferreirras (Richmond Police Dept, Patrol Officer) |
| 8A |  | 10/31/22 |  |  | Transcript of Exhibit 8 |
|  |  |  |  |  | Redirect Examination - Bryan Ferreirras (Richmond Police Dept, Patrol Officer) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2 Pages